**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NANCY LEE,

             Plaintiff,

   -against-                                           21 **CIVIL** 9057 (MKV)(SN)

                                                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

             Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 17, 2022, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. Section 405(g), for further administrative proceedings. Upon remand, the administrative law judge will not disturb the portion of the decision finding the plaintiff was disabled beginning September 18, 2018.

**Dated:** New York, New York

      October 17, 2022

                                                                  **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                 **BY:**    *K. Mango*

                                                                    **Deputy Clerk**