```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY LEE,

               Plaintiff

      -against-

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

               Defendant.

1:21-cv-09057-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    In light of the Order entered at docket number 23, the Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

**Dated:  October 17, 2022**
         **New York, New York**

*/s/ Mary Kay Vyskocil*
**Mary Kay Vyskocil**
**United States District Judge**